# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALAN W. CLARKE, individually, as Personal Representative of the Estate of Valda R. Clarke, as Trustee of The Clarke Family Trust dated February 14, 1989, as amended, as Trustee of the Survivor's Trust of the Clarke Family Trust dated February 14, 1989, as amended, and as Co-Trustee of the 2001 Valda R. Clarke Irrevocable Trust dated April 5, 2001, <br><br> Plaintiff, <br><br> v. <br><br> DUTTON HARRIS & COMPANY, PLLC, a Texas professional limited liability Company, Bob W. Dutton, an individual, DOES 1-10; and ROE Entities 1-10, <br><br> Defendants. | Case No.: 2:20-cv-00160-JAD-EJY <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** <br><br> ECF No. 72 |

Plaintiff Alan Clarke, individually and as Trustee of The Clarke Family Trust, dated February 14, 1989, as amended, Trustee of The Survivor's Trust was created under The Clarke Family Trust, dated February 14, 1989, as amended, and Trustee of the 2001 Valda R. Clarke Irrevocable Trust, dated April 5, 2001, and Personal Representative of the Estate of Valda R. Clarke, Deceased ("Alan" or "Plaintiff"), by and through his counsel of record Doreen Spears Hartwell of Hartwell Thalacker, Ltd. and Elizabeth Brickfield, Esq. of Dawson Lordahl; Defendants Dutton Harris & Company, PLLC and Bob W. Dutton, by and through their counsel of record Aaron Burke, Esq. and Andrea Turner, Esq. of Burke Bogdanowicz and Matthew L. Durham, Esq. of King & Durham PLLC, stipulate as follows:

1

1. The parties have resolved this matter via a confidential settlement.

2. The parties agree to dismiss this litigation with prejudice with both sides bearing attorney's fees and cost.

HARTWELL THALACKER, LTD

*signature*

Doreen Spears Hartwell (SBN #7525)
Laura J. Thalacker, (NSB #5522)
11920 Southern Highlands Pkwy #201
Las Vegas, NV 89141
*Attorneys for Plaintiff Alan Clarke*

BURKE BOGDANOWICZ

*signature*

Aaron Burke, Esq. (pro hac vice)
Andrea Seffens Turner (pro hac vice)
1201 Elm St., Suite 4000
Dallas, Texas 75270
*Attorneys for Defendants*

## ORDER

Based on the parties' stipulation [ECF No. 72] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 9, 2022

2